**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>DAVID HOLGUIN (1),<br>CONNIE FLORES-TRUJILLO (2),<br><br>                  Defendants. | Case No.: **25cr2378-DMS**<br>           25MJ8441<br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Certain Aliens and Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about May 22, 2025, within the Southern District of California, defendants, DAVID HOLGUIN and CONNIE FLORES-TRUJILLO, knowing and in reckless disregard of the fact that an alien, namely, Alejandro Flores-Arzola, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 6/16/25 .

                                        ADAM GORDON
                                        United States Attorney

                                        *Brendan Barber*

                                        BRENDAN P. BARBER
                                        Assistant U.S. Attorney

BPB:kot:6/10/2025